UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
      v.                   )          Cr. No. 09-10166-MLW
                           )
SALVATORE F. DIMASI and    )
RICHARD W. MCDONOUGH,      )
      Defendants.          )


                            ORDER

WOLF, D.J.                                September 2, 2011

      In connection with the September 8, 2011 sentencing of

defendants Salvatore DiMasi and Richard McDonough, the court has

received many letters on behalf of the defendants, which have been

transmitted by their counsel to Probation or directly to the court.

Some of the letters are referenced in defendants' sentencing

memoranda. The court expects that they will also be discussed at

the sentencing hearing. As the letters were not, however, attached

to defendants' sentencing memoranda, they have not been docketed

and made part of the public record.

      A member of the media has requested access to the letters.

Although letters on behalf of defendants are not always made part

of the public record, because in this case many are already

referenced in the public record and the court is being asked to

rely on all of them, it is inclined to grant that media request.

However, it wishes to provide the parties an opportunity to address

this question.

      Accordingly, it is hereby ORDERED that the parties shall, by

12:00 noon on September 6, 2011, state whether they object to the letters being made part of the public record and, if so, state the basis for their objection(s). They may also submit redacted versions of letters for the court's consideration. Copies of the parties' submissions shall be provided to Probation.

UNITED STATES DISTRICT JUDGE