```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
      v.                 )        Cr. No. 09-10166-MLW
                         )
SALVATORE F. DIMASI and  )
RICHARD W. MCDONOUGH,    )
      Defendants.        )
```

## ORDER

WOLF, D.J.                                        September 7, 2011

It is hereby ORDERED that the sentencing hearing will begin at 1:00 p.m., rather than 10:00 a.m., on September 8, 2011. The parties shall be prepared to address the numerous sentencing issues and defendants' motions to be released pending appeal. As there are many matters to be argued by the parties and decided by the court, it is likely that the sentences will be imposed and the motions decided on September 9, 2011.

                                                      /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE